FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REBEKAH M. FORSMAN,<br><br>Defendant. | No. 2:17-PO-0148-JTR-1<br><br>ORDER GRANTING MOTION TO DISMISS PETITION AND QUASH ARREST WARRANT<br><br>**MOTION GRANTED**<br>**(ECF No. 48)** |

**BEFORE THE COURT** is the United States' unopposed motion to dismiss the petition alleging violations of supervision by Defendant in this matter and to quash the corresponding arrest warrant. ECF No. 48. Defendant is represented by Assistant Federal Defender Amy Rubin. Assistant U.S. Attorney David M. Herzog represents the United States.

Defendant, currently residing and undergoing treatment at Eastern State Hospital, has either resolved or is in the process of resolving her matters in Spokane County and has taken steps to stabilize, including addressing her mental health and substance abuse issues. ECF No. 48 at 4. Supervised, structured housing is available to Defendant upon her release from Eastern State Hospital; however, she is currently unable to be accepted into that housing situation given the pending federal arrest warrant. *Id*. Consequently, the government has moved to dismiss the pending petition and quash the pending arrest warrant so Defendant can take advantage of the opportunity to transition from Eastern State Hospital to a pro-social housing environment. ECF No. 48 at 4. The government conferred with supervising probation officer Melissa Hansen and defense counsel Amy Rubin and neither object to the dismissal of the petition or the quashing of the arrest warrant. *Id.*

ORDER - 1

In the interest of justice, **IT IS HEREBY ORDERED**:

1. The United States' Motion to Dismiss, **ECF No. 48**, is **GRANTED**.

2. The September 2018 Petition in this matter, **ECF No. 37**, is **DISMISSED WITH PREJUDICE**.

3. The September 2018 Arrest Warrant, **ECF No. 38**, is **QUASHED**.

4. All further federal supervision of Ms. Forsman is **TERMINATED**.

**IT IS SO ORDERED**.

DATED August 10, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2